◊AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF __New York__

Craig L. Johnson

v.

Kevin Reedy, Police Officer; Police Officer Van Garderen

**JUDGMENT IN A CIVIL CASE**

Case Number:   9:01-cv-1907 (MAD)

x **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the jury finds no cause for action on the remaining claims of excessive force and deprivation of medical care for a serious medical need as to Kevin Reedy, Police Officer and Mark Van Garderen, Police Officer.

All of the above pursuant to a jury verdict rendered on September 23, 2011 before the Honorable Mae A. D'Agostino in Syracuse, New York.

September 23, 2011
Date

Lawrence K. Baerman
Clerk

*Barbara J Woodford*
(By) Deputy Clerk